UNITED STATES DSITRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-61271-JEM

**MISMA RIVERA**,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

**ADAM J. RUBINSTEIN, M.D., P.A.**

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    Plaintiff Misma Rivera, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action. All claims of Plaintiff are hereby dismissed <u>without prejudice</u> and <u>without prejudice</u> as to any putative class claims.

Date: October 10, 2022

                                        **EISENBAND LAW, P.A.**

                                        <u>*/s/Michael Eisenband*</u>
                                        Michael Eisenband
                                        515 E. Las Olas Boulevard, Suite 120
                                        Ft. Lauderdale, Florida 33301
                                        Michael Eisenband
                                        Florida Bar No. 94235
                                        MEisenband@Eisenbandlaw.com
                                        Telephone: 954.533.4092
                                        *Counsel for Plaintiff*