UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 22-61271-CIV-MARTINEZ-BECERRA

MISMA RIVERA,

    Plaintiff,

v.

ADAM J. RUBINSTEIN, M.D., P.A.,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS MATTER** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice, (ECF No. 16). Accordingly, it is hereby

**ADJUDGED** that this action is **DISMISSED without prejudice**, and this case is **CLOSED**. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 17 day of October, 2022.

                                                                                            JOSE E. MARTINEZ
                                                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record